**UNITED STATES DISTRICT COURT** ☆ **SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **ERNEST GALLANDER,** | § § § § | |
| *Plaintiff,* | § | |
| **V.** | § § | **CIVIL ACTION NO 4:23-cv-01075** |
| **CENTRAL MUTUAL INSURANCE COMPANY** | § § § | **JURY** |
| *Defendant.* | § § | |

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff Ernest Gallander ("Plaintiff") respectfully moves the Court to dismiss the above-styled and numbered cause of action, with prejudice as to Defendant Central Mutual Insurance Company ("Defendant"), and in support thereof would show as follows:

### I.

Plaintiff Ernest Gallander and Defendant Central Mutual Insurance Company have resolved and settled all the matters in dispute between them. Part of the resolution and settlement between the parties is that the above-entitled and numbered cause of action be dismissed with prejudice as to Defendant Central Mutual Insurance Company. The parties have further agreed that the costs of court and attorneys' fees shall be borne by the party incurring same.

WHEREFORE, Plaintiff Ernest Gallander respectfully prays that the Court enter the approved and submitted Order on Plaintiff's Motion to Dismiss, with prejudice, dismissing this action in its entirety as to Defendant Central Mutual Insurance Company.

Respectfully submitted,

**WRAY WILLIS, LLP**

BY:    */s/James W. Willis (with permission)*
           James W. Willis
           Attorney-in-charge
           Texas Bar No. 24088654
           Email: jwillis@wraywillis.com
           901 Heights Blvd.
           Houston, Texas 77008
           Telephone: (713) 473–1701

AND

**DALY & BLACK, P.C.**

           Richard Daly
           Texas Bar No. 00796429
           Email: rdaly@dalyblack.com
           2211 Norfolk St., Suite 800
           Houston, Texas 77098
           Telephone: (713) 655-1405

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of this document has been served this 23rd day of April 2024 to the following counsel of record by *Electronic Filing*:

James W. Willis                    ***Vía ECF/Email: jwillis@wraywillis.com***
901 Heights Blvd.
Houston, Texas 77008

and

Richard D. Daly                    ***rdaly@dalyblack.com***
Daly & Black, P.C.                  ***ecfs@dalyblack.com***
2211 Norfolk St., Suite 800
Houston, Texas 77098

                        /s/ *Clinton J. Wolbert*
                        Clinton J. Wolbert

- 2 -