United States District Court
Southern District of Texas
**ENTERED**
April 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERNEST GALLANDER, | § | |
| *Plaintiff,* | § | |
| V. | § | CIVIL ACTION NO 4:23-cv-01075 |
| CENTRAL MUTUAL INSURANCE COMPANY | § | JURY |
| *Defendant.* | § | |

## ORDER ON PLAINTIFF'S MOTION TO DISMISS

On this day Plaintiff, Ernest Gallander, announced to the Court that he has entered into an agreement and settlement of all claims brought or capable of being brought by him in this action against Defendant Central Mutual Insurance Company, and has requested the entry of this Order of Dismissal with prejudice as to Defendant. It is therefore,

ORDERED, ADJUDGED AND DECREED that all claims and causes of action brought, or capable of being brought, by Plaintiff Ernest Gallander in this action against Defendant Central Mutual Insurance Company are hereby dismissed with prejudice. It is further

ORDERED, ADJUDGED AND DECREED that all costs of court shall be borne by the party incurring same. All relief not expressly granted is hereby denied.

Signed this 26th day of April, 2024.

_____
Judge Presiding